UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:17-cv-621-BO

| | |
|---|---|
| MOHAMMED IMAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CUMBERLAND COUNTY, NC, )<br>)<br>Defendant. )<br>_____ ) | **STIPULATION OF DISMISSAL** |

COME NOW Counsel for Plaintiff and Counsel for Defendant and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this action with prejudice.

This the ___3rd___ day of April, 2020.

| | |
|---|---|
| /s/ Alexander C. Kelly | /s/ Robert A. Hasty, Jr.  CM-ECF |
| ALEXANDER C. KELLY | ROBERT A. HASTY, JR. |
| The Kirby G. Smith Law Firm, LLC | Cumberland County Attorney's Office |
| 15720 Brixham Hill Avenue, Suite 300 | P.O. Box 1829 |
| Charlotte, NC 28277 | Fayetteville, NC 28302 |
| Telephone: (704) 729-4287 | Telephone: (910) 678-7762 |
| Fax:    (877) 352-6253 | Fax: (910) 678-7758 |
| Email: ack@kirbygsmith.com | Email: rhasty@co.cumberland.nc.us |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court via the Court's CM/ECF system:

This the 3rd day of April, 2020.

                                       Respectfully submitted,

                                       /s/ Alexander C. Kelly  CM-ECF
                                       Alexander C. Kelly
                                       Attorney for Plaintiff
                                       15720 Brixham Hill Ave., Suite 300
                                       Charlotte, NC  28277